IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE BOYD N. BOLAND**

| | | | |
|---|---|---|---|
| Civil Action: | 14-cv-02706-BNB | Date: | December 11, 2014 |
| Courtroom Deputy: | Brandy Simmons | FTR: | BNB COURTROOM A-401 |

| *Parties* | *Counsel* |
|---|---|
| USA, | *Tonya Shotwell Andrews* |
| | *Michelle M. Heldmyer* |
| **Petitioner(s)** | |
| v | |
| 2011 GMC Sierra 2500HD 4WD, | *Gary Lozow* |
| Vin: 1GT121C89BF159928, | |
| 2012 GMC Sierra 2500 DENALI, | |
| Vin: 1GT25E84CF123053, | |
| **Respondent(s)** | |
| & | |
| TRAVIS VALLIN, | *Gary Lozow* |
| DEBORAH VALLIN, | *David Scott Kaplan* |
| DENNIS GRANUM, | |
| **Claimant(s)** | |
| & | |
| GRAND JUNCTION MEDIA, INC., | *Steven David Zansberg* |
| **Intervenor(s)** | |

## COURTROOM MINUTES

**MOTIONS HEARING**

Court in Session:  1:33 p.m.

Appearance of counsel.

Discussion held on Motion by Grand Junction Media, Inc. to Intervene for the Limited Purpose of Seeking Unsealing of the Court File [23] filed on December 9, 2014.

For the reasons stated on the record, it is

**ORDERED: The Motion to Intervene [23] is GRANTED.**

Argument held on Motion to Take Case Out of Restrictive Status or Unseal Case and Affidavit [10] filed on November 5, 2014, and Motion to Unrestrict Verified Complaint for Forfeiture *In Rem* [22] filed on December 5, 2014.

For the reasons stated on the record, it is

**ORDERED: The Motion to Take Case Out of Restrictive Status [10] is TAKEN UNDER ADVISEMENT.  The Government shall submit a proposed redacted form of documents one [1] and twenty [20] on or before December 19, 2014.**

**ORDERED: The Motion to Unrestrict Verified Complaint [22] is TAKEN UNDER ADVISEMENT. The Court modifies the restriction so that it will expire, if not renewed, on February 11, 2015.**

Court in Recess:  3:11 p.m.            Hearing concluded.            Total time in Court:  01:38

* To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119.