IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 14-cv-02706-BNB

UNITED STATES OF AMERICA,

Plaintiff,

v.

2011 GMC SIERRA 2500HD 4WD, Vin: 1GT121C89BF159928, and
2012 GMC SIERRA 2500 DENALI, Vin: 1GT 125E84CF123053,

Defendants.

---

**ORDER**

---

Pending are the following:

(1) **Motion to Take Case Out of Restrictive Status or Unseal Case and Affidavit** [Doc. # 10, filed 11/5/2014] by claimants Travis Vallin and Deborah Vallin (the "Vallin Motion");

(2) **Motion to Unrestrict Verified Complaint for Forfeiture *In Rem*** [Doc. # 22, filed 12/5/2014] by claimant Dennis Granum (the "Granum Motion"); and

(3) **Motion By Grand Junction Media, Inc. to Intervene for the Limited Purpose of Seeking Unsealing of the Court File** [Doc. # 23, filed 12/9/2014] (the "Motion to Intervene").

I held a hearing on the motions on December 11, 2014, and made rulings on the record, which are incorporated here.

IT IS ORDERED:

(1) The Motion to Intervene [Doc. # 23] is GRANTED;

(2)     The Vallin Motion [Doc. # 10] and the Granum Motion [Doc. # 22] are TAKEN UNDER ADVISEMENT;

(3)     On or before December 19, 2014, the United States shall file, subject to Restriction at Level 2, proposed redacted versions of Doc. ## 1 and 20; and

(4)     The Order to Restrict Case [Doc. # 8] and Order [Doc. # 15] are AMENDED to provide that the Verified Complaint for Forfeiture *In Rem* [Doc. # 1] shall be Restricted, Level 2, to and including February 11, 2015, at which time the restriction shall expire unless renewed or extended by further order of the court.

Dated December 16, 2014.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge