# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-02706-NYW

UNITED STATES OF AMERICA,

    Plaintiff,

v.

2011 GMC SIERRA 2500HD 4WD, VIN: 1GT121C89BF159928,
2012 GMC SIERRA 2500 DENALI, VIN: 1GT125E84CF123053,

    Defendants,

---

## ORDER SETTING STATUS CONFERENCE AND SETTING DEADLINE FOR FILING OF PILOT PROGRAM CONSENT FORM

---

    IT IS ORDERED:

    1.    The court shall hold a Status Conference on:

**April 9, 2015 at 9:30 a.m.**

in Courtroom C-205, 2d Floor, Byron G. Rogers United States Courthouse, 1929 Stout Street, Denver, Colorado. Please remember that anyone seeking entry into the Byron G. Rogers United States Courthouse will be required to show valid photo identification. *See* D.C.COLO.LCivR 83.2(b).

    2.    The parties shall complete and file the Pilot Program Consent Form indicating either unanimous consent of the parties or that consent has been declined, on or before:

**April 20, 2015**

DATED: March 17, 2015

                                                             BY THE COURT:

                                                             s/Nina Y. Wang_____
                                                             United States Magistrate Judge